**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  22-61502-CIV-SMITH/REID**

SARA MEIR, *et al.*,

    Plaintiff,

vs.

WESTCHESTER SURPLUS LINES
INSURANCE CO.,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation Denying Defendant's Motion for Attorney Fees and Costs without Prejudice and Permitting Defendant to Refile [DE 83], in which she recommends denying Defendant's Motion for Attorney's Fees and Costs [DE 63] with leave to refile after the mandate issues on appeal.  No objections have been filed.  Accordingly, it is

    **ORDERED** that:

    1)    The Magistrate Judge's Magistrate Judge's Report and Recommendation Denying Defendant's Motion for Attorney Fees and Costs without Prejudice and Permitting Defendant to Refile [DE 83] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2)    Defendant's Motion for Attorney's Fees and Costs [DE 63] is **DENIED without prejudice.**

       3)       Defendant shall refile its Motion within 14 days of the date on which the mandate issues on appeal.

       **DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of August, 2024.

                                            **RODNEY SMITH**
                                            **UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record